BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, NV 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRCT OF NEVADA

| | |
|---|---|
| KARON THEDFORD, | Case No.: 2:09-cv-294-LDG(PAL) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC.; DOES 1-100 and ROE BUSINESS ENTITIES 1-100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

//

//

//

//

//

- 1 -

or her own costs and attorney's fees.

DATED this ___ day of August, 2010.                    DATED this ___ day of August, 2010.

**POWELLL LITIGATION GROUP**                           **PHILLIPS, SPALLAS & ANGSTADT, LLC**

  /s/ Leah Martin                                        /s/ Brandon P. Smith
Leah Martin, Esq.                                      Brenda H. Entzminger, Esq.
Nevada Bar No. 7982                                    Nevada Bar No. 9800
                                                       Brandon P. Smith, Esq.
                                                       Nevada Bar No. 10443
*Attorney for Plaintiff*                               *Attorneys for Defendant*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

with prejudice each party to bear their own costs and attorney's fees.

DATED this ___ day of August, 2010.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
504 S. Ninth St.
Las Vegas, NV 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*